UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD JONES | No. 19 CR 935<br><br>Hon. Mary M. Rowland |

## MOTION TO DISMISS

The United States of America, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, files this Motion to Dismiss the indictment filed against defendant RONALD JONES.

1. On January 16, 2020, a grand jury returned an indictment charging defendant with bank robbery, in violation of Title 18, United States Code, Section 2113(a).

2. On August 4, 2020, defendant entered a guilty plea pursuant to a Plea Agreement, and was admitted into the Sentencing Options that Achieve Results (SOAR) Program.

3. On February 10, 2022, defendant will graduate from the SOAR Program after having successfully completed all of the requirements of that Program. As a result, the United States moves to dismiss the indictment against defendant.

WHEREFORE, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the indictment in this matter with prejudice.

Dated: February 9, 2022       Respectfully submitted,

                                JOHN R. LAUSCH, JR.
                                United States Attorney

By:  s/Meghan C. Morrissey
      MEGHAN C. MORRISSEY
      CHARLES MULANEY
      Assistant United States Attorneys
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5300